## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BLAKE LISCOMB**                                                **PLAINTIFF**

v.                                    **No. 3:17-cv-36-DPM**

**HENRY BOYCE, Individually and
in his Official Capacity as a Prosecutor;
JEFF FLOYD; and TONY ANGLIN**                       **DEFENDANTS**

### ORDER

I've known Henry Boyce for many years. Though I don't recall for sure,

we were probably in cases together as young lawyers in Northeast Arkansas.

We have been involved in various professional activities together. The

allegations here are personal, and they're made against Boyce individually, as

well as in his official capacity as Prosecuting Attorney. Punitive damages are

also sought. I conclude that my impartiality might reasonably be questioned

in these circumstances. I therefore recuse. The Clerk must reassign this case

at random by chip exchange.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_20 April 2017_