IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BLAKE LISCOMB                                                                                    PLAINTIFF

v.                                    CASE NO. 3:17-CV-00036 BSM

HENRY BOYCE, et al.                                                                          DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE